UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 21-6106-DMG (AGRx) | Date | August 4, 2021 |
|---|---|---|---|
| Title | Eric Holloway, et al. v. Centinela Skilled Nursing & Wellness Centre West, LLC, et al. | Page | 1 of 2 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES COUNTY SUPERIOR COURT**

On May 12, 2021, Plaintiff Eric Holloway, by and through his successor-in-interest Shalimah Abdullah, and Shalimah Abdullah, individually, filed a Complaint in Los Angeles County Superior Court against Centinela Skilled Nursing & Wellness Centre West, LLC, Brius Management Co, and Tamar Rechnitz, alleging claims for (1) elder neglect in violation of California Welfare and Institutions Code section 15600 *et seq.*; (2) violation of patient rights under California Health & Safety Code § 1430(b); (3) negligence; and (4) wrongful death.[1] [Doc. # 1-1.] On July 28, 2021, Defendants removed the action to this Court, asserting federal question jurisdiction under the Public Readiness and Emergency Preparedness ("PREP") Act, 42 U.S.C. §§ 247d-6d, 247d-6e, and federal officer removal jurisdiction under 28 U.S.C. section 1442(a)(1). Not. of Removal ("NOR") at ¶¶ 10, 44 [Doc. # 1].

This Court has previously held in a similar case that the PREP Act is not a complete preemption statute and that assertion of a defense under the PREP Act does not suffice to confer federal question subject matter jurisdiction over a removed action under 28 U.S.C. sections 1331 and 1441. *See Padilla v. Brookfield Healthcare Ctr.*, No. CV 21-2062-DMG (ASX), 2021 WL 1549689, at *2-6 (C.D. Cal. Apr. 19, 2021). Moreover, in a case cited in *Padilla*, *Lyons v. Cucumber Holdings, LLC*, No. CV 20-10571-JFW (JPRx), 2021 WL 364640 (C.D. Cal. Feb. 3, 2021), another court in this district found no federal officer removal jurisdiction for a defendant nursing facility and company owner based solely on implementation of federal COVID-19 policies. *Id.* at *3.

---

[1] Saidah Holloway, Akbar Abdullah, and Riheim Holloway are Nominal Defendants to the wrongful death claim.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-6106-DMG (AGRx)** | Date | August 4, 2021 |
|---|---|---|---|
| Title | ***Eric Holloway, et al. v. Centinela Skilled Nursing & Wellness Centre West, LLC, et al.*** | Page | 2 of 2 |

In light of the reasoning set forth in *Padilla* and *Lyons*, the Court hereby **ORDERS** Defendants to **SHOW CAUSE** why this case should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction. Defendants shall file a response by no later than **August 11, 2021. Failure to timely file a satisfactory response by this date will result in the remand of this action to state court.**

**IT IS SO ORDERED.**